742

## Stitt Unemployment Compensation Case.

Argued November 12, 1964. *Stuart E. Savage,* with him *Ben Paul Jubelirer,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee; *Bernard J. McAuley,* with him *Dickie, McCamey, Chilcote & Robinson,* for employer, intervenor, appellee.

Decision affirmed.

## Takos et ux. v. Commonwealth, Appellant.

Argued November 13, 1964. *William R. Mosolino,* Assistant Attorney General, with him *Edward A. Collins, Jr.,* Assistant Attorney General, *John R. Rezzolla,* Chief Counsel, and *Walter E. Alessandroni,* Attorney General, for Commonwealth, appellant; *Leonard A. Mazer,* for property owners, appellees.

Order affirmed.

## Tauses Unemployment Compensation Case.

Argued November 12, 1964. *Daniel M. Berger,* with him *Berger & Berger,* for appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.